IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CRAIG HARRIS,

        Plaintiff,                    CIV-S-09-2336 GGH

   vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.                ORDER TO SHOW CAUSE

_____/

        Plaintiff's counsel has filed the complaint in paper rather than utilizing the court's electronic filing system.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Local Rule 5-133(a) requires that attorneys file all documents electronically unless excused by the court or where the rules otherwise provide. An order to show cause may issue where this rule has been violated. L.R. 5-133 (b)(3). Electronic filing is not a creature of this district but is a program of nationwide scope in the federal courts. Much thought was given to the needs of attorneys in creating a workable electronic filing system.

\\\\\

1

1  Accordingly, IT IS ORDERED that plaintiff's counsel shall show cause in writing
2  within ten days of this order for his failure to comply with the local rules in regard to electronic
3  filing.
4  DATED: September 3, 2009

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076/Harris2336.ecf.wpd