IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CRAIG HARRIS,

        Plaintiff,                  CIV-S-09-2336 GGH

    vs.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.               ORDER TO SHOW CAUSE

_____/

        On September 3, 2009, plaintiff's counsel was ordered to show cause for his failure to utilize the court's electronic filing system in filing his complaint. Plaintiff has not responded to that order. Although plaintiff was served with that order electronically, he was served at his email address of record.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Local Rule 5-133(a) requires that attorneys file all documents electronically unless excused by the court or where the rules otherwise provide. An order to show cause may issue where this rule has been violated. L.R. 5-133 (b)(3). Electronic filing is not a creature of this district but is a program of nationwide scope in the federal courts. Much thought was given to the needs of attorneys in

1

creating a workable electronic filing system.

        Accordingly, IT IS ORDERED that:

    1. Plaintiff's counsel will be given one last opportunity to show cause in writing within ten days of this order for his failure to comply with the local rules in regard to electronic filing. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute.

    2. The Clerk of the Court shall serve this order on plaintiff's counsel both electronically AND by first class mail.

DATED: October 30, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076/Harris2336.ord.wpd