IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT CRAIG HARRIS, | | |
| Plaintiff, | No. CIV S-09-2336 WBS GGH | |
| vs. | | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | | |
| Defendants. | ORDER TO SHOW CAUSE | |
| _____/ | | |

      Plaintiff filed his complaint on August 21, 2009; service was executed upon defendant on January 25, 2010. On April 22, 2010, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

      Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by June 9, 2010 (45 days after service of the answer and administrative transcript). Plaintiff has done neither.

\\\\\

\\\\\

\\\\\

1

1  ACCORDINGLY, plaintiff is ordered to show cause in writing within fourteen
2  days of the filed date of this order why this case should not be dismissed for lack of prosecution.
3  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be
4  dismissed.
5  DATED: August 23, 2010

/s/ Gregory G. Hollows
<u>                                            </u>
UNITED STATES MAGISTRATE JUDGE

harris.osc